I HAVE PARTIALLY/FINALLY EXECUTED THIS ____ BY TAKING CUSTODY OF Duke AT Velma ON 6/13 AND DELIVERING him TO CCC FOR FURTHER TRANSFER TO Court

ICE agent picked up

Wheelehon
U.S. MARSHAL
BY: _____
DEPUTY U.S. MARSHAL

I HAVE PARTIALLY/FINALLY EXECUTED THIS ____ BY TAKING CUSTODY OF Duke AT VCC ON 6/6/14 AND DELIVERING him TO Fed FOR FURTHER TRANSFER TO ____

States dismissed charges

Wheelehon
U.S. MARSHAL
BY: _____
DEPUTY U.S. MARSHAL

2:13CR00297

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 25 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

TO: U. S. MARSHAL and/or any qualified deputy
and/or Warden of VERNON PARISH JAIL
and/or any qualified deputy

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**YOU ARE HEREBY COMMANDED** to have the body of ELLIOTT DUKE (USA vs ELLIOTT DUKE, 2:13CR297-001) by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable Kathleen Kay, United States Magistrate Judge of the United States District Court for the Western District of Louisiana, at the court room of said Court, in the City of Lake Charles, LA, at 10:30 o'clock A.M. on the 3RD DAY OF DECEMBER, 2013, then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

**WITNESS** the Honorable Kathleen Kay,
United States Magistrate Judge
at Lake Charles, LA
on this 20TH DAY OF NOVEMBER, 2013.

TONY R. MOORE, CLERK

By _____
Deputy Clerk

2:13CR297-001
U.S.A. vs. ELLIOTT DUKE