UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

AUGUST 6, 2015
Date

PRESENT: PATRICIA MINALDI, Judge Presiding
DD Juranka, Court Reporter
Jo Ann Benoit, Minute Clerk

COURT OPENED: 10:40 A.M.        COURT ADJOURNED: 10:45 A.M.
Statistic Time: / 05            **MINUTES OF COURT**

**************************0*********************************************
CASE NO.   2:13-CR-00297-001
DEFENDANT: **ELLIOTT DUKE**   (APPEARANCE BY VIDIO CONFERENCE)
GOVT. COUNSEL: Daniel J. McCoy
DEFENSE COUNSEL: Cristie G. Gibbons
*************************************************************************

Case called for re-sentencing on remand from the Fifth Circuit Court of Appeals.

The defendant waives his physical presence in the courtroom.

The Court reinstates all of the other conditions of the sentence, that were placed on originally, but for the two factors that the Fifth Circuit found unacceptable. That was that the Court banned the defendant from using or accessing a computer for life. The Court amends that to not having access to a computer or using a computer for the term of supervised release when the defendant is released.

The court cannot ban the defendant from being with children under the age of 18 for an unlimited period of time. The Court orders prohibition of unsupervised contact with minors without prior probation office approval and adult supervision approved by probation, for a period of supervised release.

The term of supervised release is amended from life to a term of five (5) years.

In accordance with the recommendation of the U.S. Probation Officer, the order of the Court is that the amendment shall be: The defendant shall allow the probation office to access or monitor any computer or device the defendant possesses or uses to access the internet during the time of supervised release.